UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- X
                                      :
JOHN CROCKER,                         :   **ECF Case**
                                      :
            Plaintiff,                :   14 Civ. 3833 (RA)(FM)
    vs.                               :
                                      :   **NOTICE OF APPEARANCE**
DEUTSCHE BANK AG,                     :
                                      :
            Defendant.                :
                                      :
                                      :
                                      :
------------------------------------- X

TO THE CLERK:

  Please enter my appearance in the above-referenced action as counsel for Defendant Deutsche Bank AG.  I am one of the attorneys of record in this matter and am admitted to practice before this Court.

Dated: June 3, 2014
   New York, New York     Respectfully submitted,


               SEYFARTH SHAW LLP


               By: s/ Nicholas H. De Baun
                 Nicholas H. De Baun
                 620 Eighth Avenue
                 New York, New York 10018
                 Tel: (212) 218-5500
                 Fax: (212) 218-5526
                 ndebaun@seyfarth.com

                 *Attorneys for Defendant*
                 Deutsche Bank AG

## **CERTIFICATE OF SERVICE**

I, Nicholas H. De Baun, an attorney admitted to practice in the State of New York, and not a party to this action, state under penalty of perjury that on this 3rd day of June 2014, a true and correct copy of the foregoing Notice of Appearance was served upon the following via ECF:

>Blaine H. Bortnick, Esq.
>Liddle & Robinson LLP
>800 Third Avenue
>New York, New York 10022

>s/ Nicholas H. De Baun
>Nicholas H. De Baun

17337512v.1