UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

| | : | |
|---|---|---|
| JOHN CROCKER, | : | **ECF Case** |
| | : | |
| Plaintiff, | : | 14 Civ. 3833 (RA)(FM) |
| vs. | : | |
| | : | **NOTICE OF APPEARANCE** |
| DEUTSCHE BANK AG, | : | |
| | : | |
| Defendant. | : | |
| | : | |
| | : | |
| | : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

TO THE CLERK:

  Please enter my appearance in the above-referenced action as counsel for Defendant Deutsche Bank AG.  I am one of the attorneys of record in this matter and am admitted to practice before this Court.

Dated: June 3, 2014
   New York, New York      Respectfully submitted,

                 SEYFARTH SHAW LLP

                 By: s/ Gina R. Merrill
                   Gina R. Merrill
                   620 Eighth Avenue
                   New York, New York 10018
                   Tel: (212) 218-5500
                   Fax: (212) 218-5526
                   gmerrill@seyfarth.com

                 *Attorneys for Defendant*
                 Deutsche Bank AG

17337569v.1

## **CERTIFICATE OF SERVICE**

I, Gina R. Merrill, an attorney admitted to practice in the State of New York, and not a party to this action, state under penalty of perjury that on this 3rd day of June 2014, a true and correct copy of the foregoing Notice of Appearance was served upon the following via ECF:

>Blaine H. Bortnick, Esq.
>Liddle & Robinson LLP
>800 Third Avenue
>New York, New York 10022

>s/ Gina R. Merrill
>Gina R. Merrill

17337569v.1