UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
JOHN CROCKER,  :
                                                 : **ECF Case**
           Plaintiff, :
        vs. : 14 Civ. 3833 (RA)(FM)
  :
DEUTSCHE BANK AG, : **DEFENDANT'S RULE 7.1**
  : **STATEMENT**
           Defendant. :
  :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Deutsche Bank AG, through its undersigned counsel, certifies that it has no corporate parents, and there is no publicly held corporation that owns 10% or more of Deutsche Bank AG's stock.

Dated: June 3, 2014
       New York, New York

                                        SEYFARTH SHAW LLP

                                By: s/ Nicholas H. De Baun
                                    Nicholas H. De Baun
                                    620 Eighth Avenue
                                    New York, New York 10018
                                    Tel: (212) 218-5500
                                    Fax: (212) 218-5526
                                    ndebaun@seyfarth.com


                                    *Attorneys for Defendant*
                                    Deutsche Bank AG

17337436v.1

**CERTIFICATE OF SERVICE**

I hereby certify that on June 3 2014, I electronically filed Defendant's Rule 7.1 Statement with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

> Blaine H. Bortnick, Esq.
> Liddle & Robinson LLP
> 800 Third Avenue
> New York, New York 10022

> s/ Nicholas H. De Baun
> Nicholas H. De Baun

17337436v.1