AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| JOHN CROCKER | ) |
| *Plaintiff* | ) |
| v. | ) Case No. 14-cv-03833-RA |
| DEUTSCHE BANK AG | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff, John Crocker

Date:     06/04/2014

/s Christine A. Palmieri
*Attorney's signature*

Christine A. Palmieri (CP 8235)
*Printed name and bar number*
Liddle & Robinson, L.L.P.
800 Third Avenue
New York, New York 10022

*Address*

cpalmieri@liddlerobinson.com
*E-mail address*

(212) 687-8500
*Telephone number*

(212) 687-1505
*FAX number*