# LIDDLE & ROBINSON, L.L.P.

800 THIRD AVENUE
NEW YORK, N.Y. 10022

(212) 687-8500
FACSIMILE: (212) 687-1505
E-MAIL: cpalmieri@liddlerobinson.com
www.liddlerobinson.com

MIRIAM M. ROBINSON (RETIRED)

BLAINE H. BORTNICK
DAVID I. GREENBERGER
MICHAEL E. GRENERT
JAMES W. HALTER
JAMES R. HUBBARD
JEFFREY L. LIDDLE
DAVID M. MAREK
CHRISTINE A. PALMIERI
ANDREA M. PAPARELLA
MARC A. SUSSWEIN

SHERRY M. SHORE
MATTHEW J. MCDONALD
ROBERT L. ADLER
ERIN E. LYNCH
KRISTA E. BOLLES*
CAITLIN D. BROWN
CARA B. CHOMSKI*†

*AWAITING ADMISSION
†ADMITTED IN ILLINOIS ONLY

October 22, 2014

**VIA ECF**

The Honorable Paul A. Engelmayer
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

Re:   John Crocker v. Deutsche Bank AG; 14-cv-3833 (PAE)

Dear Judge Engelmayer:

We represent the plaintiff, John Crocker, and write on behalf of both parties pursuant to Your Honor's October 20, 2014 to submit the attached revised Case Management Plan consistent with a January 20, 2015 fact discovery deadline.

Respectfully submitted,

/s Christine A. Palmieri

Christine A. Palmieri

cc:  Counsel of record (via ECF)